IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01216-BNB

ERIC B. BARNEY JR.,

    Plaintiff,

v.

BROOMFIELD COUNTY JAIL ADMINISTRATION,
CLASSIFICATION COMMITTEE, and
JANE OR JOHN DOE OFFICER,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

In response to the Court's June 26, 2006, "Order . . . Directing Plaintiff to Cure Deficiency," Plaintiff has submitted a "Motion Requesting a Time Extention [sic] to Cure Deficiency & an Order Directing Denver County Jail's Receiving Office to Supply Plaintiff with 'Institutional Equivalent Account Statement.'"

Plaintiff states that he has written numerous requests to the receiving office asking for an account statement, but has not received a statement.

Accordingly, the Court shall grant Plaintiff an additional thirty days from the date of this Order to provide to the Court a **certified** copy of his trust fund account statement. If Plaintiff fails to submit a **certified** trust fund account statement, **within thirty days from the date of this Order**, or to **provide a verified statement** by jail staff that they will not provide an account statement the Complaint and the action will be dismissed without prejudice and without further notice. Plaintiff's request for a court order directing Denver County Jail is denied.

Dated: July 11, 2006

Copies of this Minute Order mailed on July 11, 2006, to the following:

Eric B. Barney, Jr.
Prisoner No. 1485165
Denver County Jail
PO Box 1108
Denver, CO 80201

                                                      Secretary/Deputy Clerk